**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:02CR00135-01 |
| ) | |
| John Ambrose GORDILLO, Jr. ) | |
| ) | |

**LEGAL HISTORY:**

On March 24, 2003, the above-named was sentenced to a term of Supervised Release for a period of three years, which commenced on February 25, 2005. Special conditions included a requirement for Warrantless search; Drug/alcohol treatment program/testing; and Co-payment for treatment/testing.

**SUMMARY OF COMPLIANCE:**

John Ambrose GORDILLO, Jr. has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that John Ambrose GORDILLO, Jr. has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Re:** **John Ambrose GORDILLO, Jr**
**Docket Number:   2:02CR00135-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

Respectfully submitted,

/s/ Rafael G. Loya
**RAFAEL G. LOYA**
**Senior United States Probation Officer**

Dated:        January 29, 2007
              Elk Grove, California
              RGL/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

RGL: cj

cc:    AUSA Jodi Rafkin (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
                                       **PRIOR TO EXPIRATION DATE**

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|         vs.       ) | **Docket Number: 2:02CR00135-01** |
| ) | |
| **John Ambrose GORDILLO, Jr.** ) | |
| ) | |

On March 24, 2003, the above-named was sentenced to a term of Supervised Release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                              Respectfully submitted,

                              /s/ Rafael G. Loya
                              **RAFAEL G. LOYA**
                              **Senior United States Probation Officer**

Dated:        January 29, 2007
                Elk Grove, California
                RGL/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                         **DEBORAH A. SPENCER**
                         **Supervising United States Probation Officer**

**Re:   John Ambrose GORDILLO, Jr.**
  **Docket Number:  2:02CR00135-01**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

 February 27, 2007
**Date**

**FRANK C. DAMRELL, JR.**
**United States District Judge**

RGL:cj
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office